Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−15743−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie Sease
   2102 E Oak Rd Unit 13
   Vineland, NJ 08361−2561

Social Security No.:
   xxx−xx−9830

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/6/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 7, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-15743-JNP

Stephanie Sease  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Aug 07, 2025  Form ID: 148  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Sease, 2102 E Oak Rd Unit 13, Vineland, NJ 08361-2533 |
| aty | + | Jonathan H Katz, Becker & Poliakoff LLP, 67 East Park, Suite 800, Morristown, NJ 07960-7125 |
| cr | + | King's Crossing Condominium Association, Inc., Becker New York, P.C., 67 East Park Place, Suite 800, Morristown, NJ 07960 UNITED STATES 07960-7125 |
| 520671587 | + | CAP1KOHLS, PO Box 31293, Salt Lake City UT 84131-0293 |
| 520741863 | + | King's Crossing Condominium Association, Inc., c/o Becker New York, P.C., Jonathan H. Katz, Esq., 67 East Park Place, Suite 800, Morristown, NJ 07960-7125 |
| 520671590 | + | Kings Crossing Condo Association, 2102 E Oak Rd, Vineland NJ 08361-2533 |
| 520671593 | + | VIVETBOM, 380 Data Drive, Draper UT 84020-2308 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 07 2025 20:41:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 07 2025 20:41:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520671588 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 07 2025 20:42:00 | Chrysler Capital, PO Box 961275, Fort Worth TX 76161-0275 |
| 520671589 | | Email/Text: mail@jjenkinslawgroup.com | Aug 07 2025 20:41:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520748379 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 07 2025 20:41:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 520671591 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 07 2025 20:41:00 | Mr Cooper, 8950 Cypress Waters Boulevard, Coppell TX 75019-4620 |
| 520725618 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 20:50:40 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520703409 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 07 2025 20:41:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520671592 | + | EDI: SYNC | Aug 08 2025 00:37:00 | SyncBCare Credit, PO Box 71715, Philadelphia PA 19176-1715 |

TOTAL: 11

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: 148 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Jeffrey E. Jenkins | on behalf of Debtor Stephanie Sease mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jonathan H. Katz | on behalf of Creditor King's Crossing Condominium Association Inc. jkatz@beckerlawyers.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Lakeview Loan Servicing LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8